COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Michael Francis Palma v. Harris County Appraisal Review
Board

Appellate case number:    01-17-00705-CV

Trial court case number:   2017-32712

Trial court:             113th District Court of Harris County

Date motion filed:       December 5, 2017

Party filing motion:      Appellant, Michael Francis Palma

Appellant's "Motion for Reconsideration for Supplemental Record Addressed to All Members of This Court" is **DISMISSED AS MOOT.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                    Acting for the Court

En Banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.

Date: February 6, 2018